[No. 38848-7-I.    Division One.    December 22, 1997.]

*In the Matter of the Marriage of* WILLIAM B. CORLEY,
*Appellant,* and MARY JO O'NEILL, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 95-3-09500-7, Carlos Y. Velategui, J. Pro Tem.,
entered January 22, 1996. *Affirmed* by unpublished per
curiam opinion.


[No. 38927-1-I.    Division One.    December 22, 1997.]

JOHN M. WASCISIN, ET AL., *Appellants,* v. STEVEN
OLSEN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Ska-
git County, No. 95-2-00996-7, George E. McIntosh, J.,
entered June 17, 1996. *Affirmed in part and reversed in
part* by unpublished per curiam opinion. Now published at
90 Wn. App. 440.


[No. 39056-2-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN
MORTIMER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00752-4, Ann Schindler, J., entered July
19, 1996. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Webster and Agid, JJ.


[No. 39289-1-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. BRANDON
C. REED, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-8-07037-1, Michael J. Fox, J., entered
August 28, 1996. *Affirmed* by unpublished per curiam
opinion.